THIS ORDER IS APPROVED.

Dated: August 12, 2009

*signature*
JAMES M. MARLAR
U.S. Bankruptcy Judge

LAW OFFICE OF PHIL HINEMAN, P.C.
3411 N. 5th Avenue, Suite 304
Phoenix, AZ. 85018
(602) 977-2859 - Telephone
(602) 977-2966 - Facsimile
PHIL HINEMAN #11887
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | In proceedings under Chapter 13 |
|---|---|
| FRANCISCO JAVIER DEL CAMPO and MIRNA LETICIA DEL CAMPO, | Case No. 0:09-bk-15891 JMM |
| Debtors. | ORDER APPROVING PAYMENT OF ADMINISTRATIVE EXPENSES TO DEBTORS' ATTORNEY PHIL HINEMAN |
| SSN xxx-xx-8684   SSN xxx-xx-2352 | |

The Application for Administrative Expense having been filed by Debtors' attorney Phil Hineman on July 9, 2009, and there being no objections to said Application, Debtors' attorney's application for payment of administrative expenses in the amount of $2,500.00 is approved, and the chapter 13 Trustee is directed to pay said administrative expenses to Debtors' attorney, provided that payment will not prejudice claimants of equal or higher priority.

**IT IS SO ORDERED.**

Dated _____

The Honorable James Marlar
US Bankruptcy Court Judge

1